# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAMON TORRES-ROCHA, | Case No. 2:15-cv-00629-MMD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| FARMERS INSURANCE EXCHANGE, et al., | |
| Defendant(s). | (Docket No. 10) |

Pending before the Court is Plaintiff's disclosure of witnesses and documents, consisting of nearly 200 pages of documents. Docket No. 10. Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. In addition, Plaintiff's counsel filed these documents without redacting Plaintiff's social security number, date of birth, or home address. Failing to redact this information violates Special Order No. 108 and Fed. R. Civ. P. 5.2.[1] Because the above documents were filed in violation of Local Rule 26-8, Special Order No. 108, and Fed. R. Civ. P. 5.2, they shall be **STRICKEN** and **SEALED** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket as required by Local Rule 26-8. The Court further **ORDERS** the parties and counsel to comply with

---

[1] While the undersigned has identified the personal information in these documents in this instance, the Court reminds counsel that attorneys and parties bear the sole responsibility for redacting personal identifiers, and the Court's staff will generally not review filings to ensure compliance with this requirement. *See* Special Order No. 108 at 2.

the redaction requirements outlined in Special Order No. 108 and Fed. R. Civ. P. 5.2. Failure to abide by this order and/or the applicable rules in the future may result in the imposition of sanctions pursuant to, *inter alia*, Local Rule IA 4-1; F.R.C.P. 16(f).

IT IS SO ORDERED.

DATED: June 3, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge