# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAMON TORRES-ROCHA, | Case No. 2:15-cv-00629-MMD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| FARMERS INSURANCE EXCHANGE, et al., | (Docket No. 12) |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan, Docket No. 12, which is hereby **DENIED**. The presumptively reasonable period for discovery is 180 days. *See* Local Rule 26-1(e)(1). The parties seek a longer period for two reasons. First, like many litigants, Defendants are corporations. The Court rejects this reason. Second, the parties indicate without elaboration that there are many pages of records. The Court finds the conclusory assertion of a large volume of discovery to be an insufficient basis for an extended discovery period. Accordingly, the discovery plan is **DENIED**.

The Court hereby enters the following scheduling order:

- Amending pleadings or adding parties: July 6, 2015
- Initial expert disclosures: August 5, 2015
- Interim status report: August 5, 2015
- Rebuttal expert disclosures: September 4, 2015
- Discovery cutoff: October 5, 2015
- Dispositive motions: November 4, 2015

- Joint proposed pretrial order: December 4, 2015 (or 30 days after a decision on dispositive motions pursuant to LR 26-1(e)(5))

IT IS SO ORDERED.

DATED: June 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2